**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SCOTT LERNER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 16-1753 (ESH) |
| FIG & OLIVE DC LLC, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SETTLEMENT**
**AND JOINT REQUEST TO CONTINUE**
**OCTOBER 26, 2016 INITIAL SCHEDULING CONFERENCE**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Agreement.

The plaintiffs are filing this Notice pursuant to Local Civil Rule 47.1(b) with the defendant's approval and permission.

The parties jointly request that this Honorable Court indefinitely continue the Initial Scheduling Conference currently set for October 26, 2016 as the need for a Scheduling Order in this case is now MOOT.

Respectfully submitted this 21st day of October, 2016.

5699851.1

REGAN ZAMBRI LONG, PLLC

 /s/ Salvatore J. Zambri
Salvatore J. Zambri #439016
szambri@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, D.C. 20036
*Co-Counsel for the Plaintiffs*


MARLER CLARK, LLP, PS

 /s/ William D. Marler
William D. Marler #17233
(Admission *pro hac vice* pending)
bmarler@marlerclark.com
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
*Co-Counsel for the Plaintiffs*


GOLDBERG SEGALLA LLP

 /s/ Thomas P. Bernier
Thomas P. Bernier #396117
tbernier@goldbergsegalla.com
One North Charles Street
Suite 2500
Baltimore, Maryland 21201
*Counsel for Defendant*